UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CV-3492 |
| v. | ) | (Criminal Case No. 04 CR-361) |
| VERNARDO PARKER | ) | Judge Matthew F. Kennelly |

### NOTICE OF ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case involving defendant's motion filed under Title 28, United States Code, Section 2255.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ John Robert Blakey
John Robert Blakey
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5320

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:
   **NOTICE OF ATTORNEY DESIGNATION**
was served pursuant to the district court's ECF system as to ECF filers.

By:   /s/  John Robert Blakey
John Robert Blakey
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604