# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3492 | **DATE** | 7/16/2008 |
| **CASE TITLE** | United States vs. Vernado Parker | | |

**DOCKET ENTRY TEXT**

The Court directs the United States to respond to defendant's section 2255 motion, by no later than 8/29/08. Defendant is directed to reply to the United States' response, by no later than 9/25/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|