## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3492 | **DATE** | 8/26/2008 |
| **CASE TITLE** | United States vs. Vernado Parker | | |

**DOCKET ENTRY TEXT**

The government's motion for a continuance is granted; the response date of 8/29/08 is vacated and will be reset by later order. Defendant Vernado Parker is directed to file a written response to the government's motion for an order authorizing disclosure of attorney-client communications, by no later than 9/16/08. The government is directed to reply to Mr. Parker's response by no later than 9/23/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|